**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 14-00166-08-CR-W-GAF |
| | ) | |
| **JESUS HERNANDEZ-MUJICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On January 13, 2016, defendant entered a plea of guilty to Count One of the Superseding Indictment before Chief United States Magistrate Judge Sarah W. Hays. On January 27, 2016, Judge Hays issued her Report and Recommendation (Doc. 403). Objections were due on or before February 16, 2016. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

                                                      <u>s/ Gary A. Fenner</u>
                                                      GARY A. FENNER, JUDGE
                                                      UNITED STATES DISTRICT COURT

DATED: February 18, 2016